IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01530-WDM-BNB

BANAO AHMED FOUSSENI LINVISGTONE,

Petitioner,

v.

DOUGLAS MAURER, in his official capacity as Field Director for Detention and Removal, Immigration and Customs Enforcement, U.S. Department of Homeland Security,

Respondent.
_____

**ORDER**
_____

This matter is before me on the petitioner's **Motion for Stay of Deportation/Removal Pending Case Adjudication**, filed October 6, 2005. The petitioner requests that the Court issue an order prohibiting his deportation from the United States while this case is pending. On October 21, 2005, the district judge entered an Order to Show Cause wherein he directed that the petitioner "remain in custody and within the jurisdiction of this court until further order." Accordingly,

IT IS ORDERED that the petitioner's Motion for Stay of Deportation/Removal Pending Case Adjudication is DENIED AS MOOT.

Dated December 1, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge