IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01530-WDM-BNB

BANAO AHMED FOUSSENI LINVISGTONE,

Petitioner,

v.

DOUGLAS MAURER, in his official capacity as Field Director for Detention and Removal, Immigration and Customs Enforcement, U.S. Department of Homeland Security,

Respondent.

_____

## ORDER

_____

This case involves the petitioners request for a writ of habeas corpus. The petitioner currently is in custody pending his removal to his country of origin. The petitioner alleges that he has been in custody pending removal for more than six months.

I held a status conference this morning. The respondent informed me that he will seek the petitioners release from custody on supervised release. The petitioner informed me that he will dismiss his petition for writ of habeas corpus if he is released on supervised release.

IT IS ORDERED that the respondent shall seek the petitioner's release from custody on supervised release with all reasonable speed.

IT IS FURTHER ORDERED that the respondent shall file a status report on the earlier of February 24, 2006, or the petitioner's release from custody on supervised release.

IT IS FURTHER ORDERED that the petitioner shall file a motion to dismiss his petition for writ of habeas corpus within five days of release from custody.

Dated January 25, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge